RECEIVED
NOV 21 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES COURT FOR THE 5TH CIRCUIT IN THE NORTHERN DISTRICT OF MISSISSIPPI

ZORRI
V.
WEBSTER COUNTY DEPT OF HUMAN SERVICES, ET AL

### PETITION FOR EMAIL COMMUNICATION

I, Zorri Rush, petition the court to allow materials to be emailed to the clerk. This includes motions, briefs, video, audio, and scanned documents that comply with rules of civil procedure.

(1) Court is asked to observe the issues with using postal service in a previous case. CASE # 1:18-CV-00171-GHD-RP. **This case was dismissed but the evidence submitted was not returned.** A new case has been filed and the evidence is needed.

(2) Furthermore, granting this petition appears to be **in accordance with a new rule implemented by the clerk that allows petitioners to email form *Consent & Registration Form to Receive Documents Electronically*** (see item 1 included).

(3) Granting this petition allows the court to provide **improve the quality of justice by expediting the process and reduces the risk of losing vital evidence.** Therefore, plaintiff Zorri Rush, asks the court to allow relevant materials be email to the clerk.

*Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.*

**Date of signing:** the 17th day of November 2018

**Signature of Plaintiff** _____

**Printed Name of Plaintiff** _____ Zorri N. Rush _____

page 1

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

### Pro Se (Non-Prisoner)
### Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed.R.Civ.P. 5(b), and Fed.R.Civ.P. 77(d), L.U.Civ.R. 5(c) and the Court's Administrative Procedures for Electronic Case Filing, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ. P. 4.

I _____ hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing (NEF)** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked documents. The one 'free look' will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records.) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER website at www.pacer.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is : _____

My case number is: _____

_____
Signature of Litigant

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number

Date: _____

Email this form to the Clerk, U.S. District Court at ecf_information@msnd.uscourts.gov or mail to 911 Jackson Avenue, Room 369, Oxford, MS 38655.

ITEM 1

Page 2

Zorri Rush
6912 Mount Vernon Rd
Eupora, MS 39744



US Clerk
911 Jackson Ave
Ste 369
Oxford, MS 38655