IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZORRI N. RUSH                                                                                    PLAINTIFF

v.                                                              CIVIL ACTION NO. 1:18-CV-196-SA-RP

WEBSTER COUNTY DEPARTMENT OF
HUMAN SERVICES, ANNIE PATTERSON,
and ANN HITT                                                                              DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge assigned to this case filed a Report and Recommendation [9] on December 21, 2018, recommending that this case be dismissed under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction and that the Plaintiff's Motion [2] to proceed *in forma pauperis* be denied as moot. The Plaintiff filed an objection [10] to the Report and Recommendation on December 26, 2018. Having considered the record, the Court finds that the Plaintiff's objections are without merit. The Court finds the Magistrate Judge's findings of fact and conclusions of law well-reasoned and approves and adopts the Report and Recommendation without change as the opinion of this Court.

It is, therefore, ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated December 21, 2018, is approved and adopted as the opinion of the Court.
2. That this case is DISMISSED without prejudice for lack of subject-matter jurisdiction.
3. That the Plaintiff's Motion [2] to proceed *in forma pauperis* is denied as moot.

This, the 7th day of January, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE